# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

September 27, 2012

Honorable Judge Brian M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Index No. 12-4171**
                  **Boris Sigalov v. Katzman Garfinkel & Berger Associates**

Dear Honorable Judge Cogan:

    We represent the Plaintiff in the above-referenced matter. There is an Initial Status Conference scheduled for October 4, 2012. I am presently out of the country and am not sure whether I will return to my office on or before said date. I sincerely ask for this honorable court to adjourn the scheduled conference. I have contacted opposing counsel and was informed that Mr. Milberg is out of the office until September 28, 2012. This is our first request for an adjournment.

    Should you require any additional information and/or documentation, please contact me at your earliest convenience. Thank you.

                                                        Very Truly Yours,

                                                        /s/

                                                     Maxim Maximov, Esq.

cc:    VIA E-MAIL AND VIA
       FIRST CLASS MAIL
       Paul J. Milberg, Esq.
       Katzman Garfinkel & Berger
       5297 West Copans Road
       Margate, Florida 33063
       Email: pmilberg@kgblawfirm.com