UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BORIS SIGALOV

                                  Plaintiff,

-against-

KATZMAN GARFINKEL & BERGER

                                  Defendant.

AMENDED
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 12-4171 - BMC

---

TO:    Katzman Garfinkel & Berger
         5297 West Copans Road
         Margate, Florida 33063

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Maxim Maximov, Esq.
Maxim Maximov, LLP
1600 Avenue M, 2nd Floor
Brooklyn, New York 11230

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**DOUGLAS C. PALMER**

_____
CLERK

_____
BY DEPUTY CLERK

OCT 12 2012
DATE