AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| BORIS SIGALOV | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-004171 |
| | ) | |
| v. | ) | |
| | ) | |
| KATZMAN GARFINKEL & BERGER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record.

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as Principal Trial Counsel for the Plaintiff – Boris Sigalov.


Date:   New York, New York
        October 12, 2012

                                        _/s/_____
                                        MARCY H. EINHORN, ESQ.
                                        Bar No. 1679455
                                        Attorney for the Plaintiff
                                        Maxim Maximov, LLP
                                        1600 Avenue M, 2nd Floor
                                        Brooklyn, New York 11230
                                        E-mail: marcyesque@gmail.com
                                        Office: (718) 395-3459
                                        Fax: (718) 408-9570